**Electronically Filed
Supreme Court
SCWC-22-0000611
06-JUN-2024
09:10 AM
Dkt. 7 ODAC**

SCWC-22-0000611

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

ARTEMIO D. RAMOS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000611; CASE NOS. 2CPC-17-0000173, 2CPC-21-0000588)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Defendant-Appellant Artemio D. Ramos'
Application for Writ of Certiorari filed on May 6, 2024, is
rejected.

DATED:  Honolulu, Hawai'i, June 6, 2024.

/s/ Mark E. Recktenwald
/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ Lisa M. Ginoza
/s/ Vladimir P. Devens

